UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JENNY ROBINSON-FRIEDBERG,

                        Plaintiff,                        25-CV-00198 (VSB)(SN)

     -against-                                          <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. The deadline for the Commissioner to respond to Plaintiff's brief shall be extended from October 9, 2025, by the number of days between September 30, 2025, and the restoration of federal funding.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     New York, New York
                October 14, 2025