UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JENNY ROBINSON-FRIEDBERG,

                                        Plaintiff,

                    -against-

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 11/18/2025 __
```

25-CV-00198 (VSB)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the recent lapse in government funding and pursuant to the Amended Standing

Order 25-mc-00433, all deadlines shall be extended by the number of days between September

30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant

shall respond to Plaintiff's brief by no later than Friday, November 21, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              November 18, 2025