**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JENNY R-F,

                             Plaintiff,                           25 **CIVIL** 0198 (GRJ)

        -against-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated January 23, 2026, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

      February 6, 2026

                                          **TAMMI M. HELLWIG**
                                       _____
                                           Clerk of Court

                      BY:                              _____
                                           Deputy Clerk